UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LATASHA RADNEY-MAXWELL,** *Individually and as Next Friend of* **MAKENZI MAXWELL,** *a Minor,*<br><br>Plaintiffs,<br><br>vs.<br><br>**MENARD, INC.,** *a Foreign Profit Corporation,*<br><br>Defendants. | 2:21-CV-11851-TGB-KGA |

# JUDGMENT

In accordance with the Order entered on this date, **GRANTING** Menard, Inc.'s Motion for Summary Judgment, it is **ORDERED AND ADJUDGED** that judgment is entered in favor of Menard, Inc. and Plaintiffs' case is **DISMISSED** with prejudice.

Dated at Detroit, Michigan:  January 19, 2023.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE